**Electronically Filed**
**Supreme Court**
**SCWC-29979**
**06-AUG-2012**
**11:16 AM**

NO. SCWC-29979

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KELII J.B. ACASIA, JR., Petitioner/Defendant-Appellant,
and BENJAMIN I. PADA, Defendant.
(ICA NO. 29979; CR. NO. 08-1-0774)

------------------------------------------------------------------

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

KELII BRADY JR. JUAN BALAI ACASIA,
Petitioner/Defendant-Appellant.
(ICA NO. 30042; CR. NO. 06-1-0761)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Chang, assigned by reason of vacancy)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on June 21, 2012, is hereby rejected.

DATED: Honolulu, Hawai'i, August 6, 2012.

Shawn A. Luiz                    /s/ Mark E. Recktenwald
for petitioner

                                 /s/ Paula A. Nakayama

                                 /s/ Simeon R. Acoba, Jr.

                                 /s/ Sabrina S. McKenna

                                 /s/ Gary W.B. Chang

